Neal Walters (020901993)
Casey Watkins (060122014)
Kristen Petagna (324202020)
Jordan Meyer (375302021)
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel , NJ 08054-0015
(856) 761-3400
(856) 761-1020 fax
waltersn@ballardspahr.com
watkinsc@ballardspahr.com
petagnak@ballardspahr.com
meyerjl@ballardspahr.com

Attorneys for Defendant Subaru of America, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Katelyn Robinson**, **Michelle Anders, Michael Brenner, Ricardo Chaidez, Jessica Taylor,** *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs;<br><br>v.<br><br>**Subaru of America, Inc.,**<br><br>Defendant. | Case No.<br>1:24-cv-09334-KMW-EAP<br><br>**Stipulation and Consent Order Extending Time**<br>**[L.Civ.Rs. 6.1(a)]** |

WHEREAS, Plaintiff Katelyn Robinson filed her Class Action Complaint against

Defendant Subaru of America, Inc. ("SOA") on September 20, 2024. *See* ECF No. 1.

WHEREAS, SOA was served with this action on October 4, 2024.

WHEREAS, SOA filed a motion to dismiss the Complaint on November 25, 2024. *See*

ECF No. 9.

WHEREAS, Plaintiffs Katelyn Robinson, Michelle Anders, Michael Brenner, Ricardo Chaidez, and Jessica Taylor ("Plaintiffs") filed their First Amended Class Action Complaint on December 16, 2024 against SOA. *See* ECF No. 11.

WHEREAS, SOA filed a motion to dismiss Plaintiffs' First Amended Class on January 31, 2025. *See* ECF No. 17.

WHEREAS, Plaintiffs opposed SOA's motion to dismiss on March 24, 2025. *See* ECF No. 20.

WHEREAS, SOA's reply to Plaintiffs' opposition to its motion to dismiss is due on April 14, 2025.

WHEREAS, the parties have met and conferred regarding the time within which SOA may reply to Plaintiffs' opposition to SOA's motion to dismiss.

**Accordingly, IT IS STIPULATED that:**

1.      SOA's deadline to reply to Plaintiffs' opposition to SOA's motion to dismiss will be extended up to and including **April 28, 2025**;

2.      The motion day for SOA's motion to dismiss shall be **May 5, 2025**;

3.      No trial date has been set and no scheduling order has yet been entered in this action;

4.      The time within which SOA must reply to Plaintiffs' opposition to SOA's motion to dismiss has not yet passed and this stipulation is being submitted prior to the expiration of the period sought to be extended.

STIPULATED AND AGREED on April 10, 2025.


*s/Sergei Lemberg*
_____

Sergei Lemberg
LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897
Phone: (203) 653-2250
Fax: (203) 653-3424

*Attorneys for Plaintiffs*


*s/Casey Watkins*
_____

Neal Walters (020901993)
waltersn@ballardspahr.com
Casey Watkins (060122014)
watkinsc@ballardspahr.com
Kristen Petagna (324202020)
Jordan Meyer (375302021)
petagnak@ballardspahr.com
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel , NJ 08054-0015
856.761.3400
856.761.1020 fax

*Attorneys for Defendant*
*Subaru of America, Inc.*


**IT IS SO ORDERED**


_____            Dated:_____

Hon. Elizabeth A. Pascal, U.S.M.J.