IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KATELYN ROBINSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC.,<br><br>Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 1:24-cv-09334-KMW-EAP<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of defendant Subaru of America, Inc's ("Defendant") Motion to Dismiss the Amended Complaint of plaintiffs Michelle Anders, Michael Brenner, Jessica Taylor, Katelyn Robinson, and Ricardo Chaidez (together, "Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6); the Court having considered Defendant's Motion (ECF No. 17), Plaintiffs' Opposition thereto (ECF No. 20), and Defendant's Reply (ECF No. 23); for the reasons set forth in the accompanying Opinion of even date; and for good cause shown;

**IT IS** this **31st** day of **December 2025** hereby

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 17) is **GRANTED IN PART** and **DENIED IN PART** as follows:

A. Defendant's Motion is **GRANTED** with respect to Plaintiffs' claims for fraudulent concealment asserted under the laws of California and Utah (Count I, to the extent asserted), Plaintiffs' unjust enrichment claims (Counts II–III), and Plaintiff Brenner's claim for breach of express warranty under California Civil Code § 1793.2(d)(2) (Count XII), and these claims are accordingly **DISMISSED WITH PREJUDICE**;

2

**B.** Defendant's Motion is **GRANTED** with respect to Plaintiff Brenner's claim under the California Unfair Competition Law (Count XV) to the extent it seeks monetary damages, and this aspect of the claim is accordingly **DISMISSED WITH PREJUDICE**;

**C.** The remainder of Defendant's Motion is **DENIED**.

KAREN M. WILLIAMS, U.S.D.J.